## HOWARD MAYERS *v.* STATE OF MARYLAND.

*Criminal Law—Dismissal of Appeal.*

Where the record contains no bills of exception and the appeal brings up no ruling that can be reviewed, the appeal must be dismissed.

*Decided April 8th, 1926.*

Appeal from the Criminal Court of Baltimore City (DUFFY, J.).

Bastardy proceeding against Howard Mayers. From a judgment of conviction, he appeals. Appeal dismissed.

The cause was submitted on briefs to BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and WALSH, JJ.

*Alva A. Lamkin,* for the appellant.

*Thomas H. Robinson, Attorney General, John Hubner Rice, Assistant Attorney General,* and *Herbert R. O'Conor, State's Attorney for Baltimore City,* for the State.

PATTISON, J., delivered the opinion of the Court, dismissing the appeal, with costs.